UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 2:15-CV-2319 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| EILEEN SORGE, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *J & J Sports Productions, Inc. v. Sorge et al.*, case number 2:15-cv-02319-JCM-VCF.

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice." Fed. R. Civ. P. 4(m).

Plaintiff filed the instant complaint on December 7, 2015. (ECF No. 1). To date, there has been no proof of service as to defendants Eileen Sorge and EDSH, Inc.

On May 19, 2016, pursuant to Rule 4(m), the clerk of the court provided notice to plaintiff that the action would be dismissed as to defendants Eileen Sorge and EDSH, Inc. if plaintiff did not file proof of service by June 18, 2016. (ECF No. 5).

Though the deadline has passed, plaintiff has failed to file proof of service as to defendants Eileen Sorge and EDSH, Inc.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's claims against defendants Eileen Sorge and EDSH, Inc. in the matter of *J & J Sports Productions, Inc. v. Sorge*

**James C. Mahan**
**U.S. District Judge**

1  *et al.*, case number 2:15-cv-02319-JCM-VCF, be, and the same hereby are, DISMISSED without
2  prejudice.
3       DATED February 8, 2017.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -